JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CAROLINA YANEZ, | Case No.: SACV 21-01283-CJC (DFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DENIS R. McDONOUGH, Secretary of the United States Department of Veteran Affairs, | |
| Defendant. | |

In this case, Plaintiff Carolina Yanez asserts discrimination and retaliation claims against Denis R. McDonough, the Secretary of Veterans Affairs. (*See* Dkt. 1 [Complaint].) On May 22, 2023, the Court granted Defendant's motion for summary judgment. Accordingly, the Court hereby **ORDERS** that:

1. Judgment is hereby entered in favor of Defendant and against Plaintiff.

2. Plaintiff shall take nothing on her complaint against Defendant.

DATED:     May 22, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE